DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
   jimmynguyen@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
   seansullivan@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>               Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., and DOES 1 TO 10,<br><br>               Defendants. | Case No. **CV12-10413 ABC (Ex)**<br>[Assigned to the Hon. Audrey B. Collins]<br><br>**DEFENDANT AMAZON.COM, INC.'S ANSWER TO COMPLAINT**<br><br><u>DEMAND FOR JURY TRIAL</u><br><br>Action Filed: December 5, 2012 |

Defendant Amazon.com, Inc. ("Amazon" or "Defendant"), answering for itself and no others, in response to the Complaint ("Complaint") filed by plaintiff Barry Rosen ("Plaintiff"), admits, denies, and alleges as follows:

## Jurisdiction and Venue

1.      Amazon admits that Plaintiff's action purports to arise under the Copyright Act, 17 U.S.C. § 101, *et seq.* and that this Court has subject matter jurisdiction over this matter, as alleged in Paragraph 1 of the Complaint.

2.      Amazon admits that venue is proper in this District, as alleged in Paragraph 2 of the Complaint.

3.      Amazon admits that it is subject to personal jurisdiction in this Court for purposes of this action.  Except as specifically admitted, Amazon denies the remaining allegations contained in Paragraph 3 of the Complaint.

4.      Amazon denies that it entered into a "conspiracy" or "agreement" to perform any acts in violation of Plaintiff's rights, as alleged in Paragraph 4 of the Complaint.  Amazon lacks knowledge or information sufficient to form a belief as to truth of the remaining allegations contained in Paragraph 4 of the Complaint, and, on that basis denies, generally and specifically, each and every such allegation.

5.      Amazon denies the allegations contained in Paragraph 5 of the Complaint.

## First Claim for Relief for Copyright Infringement
## (Against All Defendants)

6.      Amazon incorporates by reference its responses to Paragraphs 1 through 5, inclusive, of the Complaint.

7.      Amazon lacks knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph 7 of the Complaint, and, on that basis denies, generally and specifically, each and every such allegation.

8.      Amazon avers that the allegations contained in Paragraph 8 of the Complaint constitute conclusions of law to which no response is required.

ANSWER TO COMPLAINT
DWT 20931926v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9.    Amazon admits that it operates the website www.amazon.com through which Amazon and third parties sell various goods over the Internet.  Amazon further admits that third-party sellers using the merchant ids "Arricks Collectibles," "JG Autographs" and "magsnmoreamaz" have from time to time sold goods through www.amazon.com.  Except as specifically admitted, Amazon denies the remaining allegations contained in Paragraph 9 of the Complaint.

10.    Amazon denies the allegations contained in Paragraph 10 of the Complaint.

11.    Amazon denies the allegations contained in Paragraph 11 of the Complaint.

12.    Amazon denies the allegations contained in Paragraph 12 of the Complaint.

13.    Amazon denies the allegations contained in Paragraph 13 of the Complaint.

14.    Amazon denies the allegations contained in Paragraph 14 of the Complaint.

15.    Amazon denies the allegations contained in Paragraph 15 of the Complaint, including specifically that Plaintiff is entitled to any type of remedy, relief or damages.

16.    Amazon denies the allegations contained in Paragraph 16 of the Complaint, including specifically that Plaintiff is entitled to any type of remedy, relief or damages.

17.    Amazon denies the allegations contained in Paragraph 17 of the Complaint, including specifically that Plaintiff is entitled to attorneys' fees and costs.

## PRAYER

Amazon denies that Plaintiff is entitled to any type of remedy, relief or damages, including the relief requested in Plaintiff's Prayer for Relief.

ANSWER TO COMPLAINT
DWT 20931926v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## AFFIRMATIVE DEFENSES

Without conceding that any of the following necessarily must be pleaded as an affirmative defense or that any of the following is not already at issue by virtue of the foregoing responses to Plaintiff's allegations, Amazon hereby asserts the following defenses.

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim for Relief)

1.      Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

(DMCA Safe Harbors, 17 U.S.C. § 512)

2.      Plaintiff's claims are barred and/or any alleged liability for copyright infringement is limited in whole or in part because Amazon is protected by one or more of the Digital Millenium Copyright Act ("DMCA") Safe Harbors in 17 U.S.C. § 512.

### THIRD AFFIRMATIVE DEFENSE

(No Primary Liability)

3.      Plaintiff's claims based upon secondary liability theories are barred because Plaintiff cannot establish the primary liability for direct copyright infringement of third-party sellers, including because such third-party sellers' alleged conduct constitutes fair use, de minimis use and/or is otherwise not actionable.

### FOURTH AFFIRMATIVE DEFENSE

(Lack of Knowledge)

4.      Plaintiff's claims based upon contributory liability for copyright infringement are barred because Amazon did not have requisite knowledge of the alleged primary infringement by third-party sellers and did not encourage or induce the alleged primary infringement by third-party sellers.

ANSWER TO COMPLAINT
DWT 20931926v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## FIFTH AFFIRMATIVE DEFENSE

### (No Right or Ability to Control)

5.      Plaintiff's claims based upon vicarious liability for copyright infringement are barred because Amazon does not have the right or ability to control the alleged primary infringement by third-party sellers.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

6.      Plaintiff's claims are barred due to Plaintiff's failure to mitigate damages.

## SEVENTH AFFIRMATIVE DEFENSE

### (Innocent Intent)

7.      Plaintiff's claims are barred, in whole or in part, because Amazon's conduct was in good faith and with non-willful intent, at all times.

## EIGHTH AFFIRMATIVE DEFENSE

### (Third Party Defenses)

8.      Plaintiff's claims are barred in whole or in part by any defense that could be asserted by third parties who are alleged to be direct infringers of Plaintiff's copyrights, including express and implied license, estoppel, de minimis use, and fair use.

## NINTH AFFIRMATIVE DEFENSE

### (Fair Use)

9.      Plaintiff's claims are barred in whole or in part by the doctrine of fair use, 17 U.S.C. § 107.

## TENTH AFFIRMATIVE DEFENSE

### (First Sale Doctrine)

10.      Plaintiff's claims are barred by the first sale doctrine.

## RESERVATION OF RIGHTS

ANSWER TO COMPLAINT
DWT 20931926v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

13.    Amazon reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Copyright Laws and the United States and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and, further factual investigation in this case.

## AMAZON'S PRAYER FOR RELIEF

Wherefore, Amazon prays for relief as follows:

1.    That Plaintiff takes nothing against Amazon, by reason of the Complaint in this matter, and that judgment be rendered in favor of Amazon and against Plaintiff;

2.    That Amazon be awarded costs of suit incurred in defense of this matter, prejudgment interest and attorneys' fees; and

3.    For such other relief as the Court deems just and proper.

DATED: January 11, 2013

DAVIS WRIGHT TREMAINE LLP
JAMES D. NGUYEN
SEAN M. SULLIVAN


By:_____/s/ James D. Nguyen_____
            James D. Nguyen
     Attorneys for Defendant
     AMAZON.COM, INC.

ANSWER TO COMPLAINT
DWT 20931926v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**JURY DEMAND**

For all jury-triable issues, Defendant Amazon.com, Inc. hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: January 11, 2013                    DAVIS WRIGHT TREMAINE LLP
                                           JAMES D. NGUYEN
                                           SEAN M. SULLIVAN


                                           By:_____/s/ James D. Nguyen_____
                                                      James D. Nguyen
                                           Attorneys for Defendant
                                           AMAZON.COM, INC.

6

ANSWER TO COMPLAINT
DWT 20931926v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899