UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10413 ABC (Ex) | Date | April 15, 2013 |
|---|---|---|---|
| Title | Barry Rosen -vs- Amazon.com. Inc. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Angela Bridges | Katherine Stride | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Curt Steindler | Sean Sullivan |

**Proceedings:** SCHEDULING CONFERENCE

Case called. Counsel makes appearances. Scheduling Conference held. The Court sets the following dates:

Add Claims/Parties Cut-Off: July 8, 2013

Discovery Cut-Off: September 9, 2013, initial expert disclosures October 7, 2013, rebuttal November 4, 2013

Expert Discover Cut-Off: November 25, 2013

Law & Motion Cut-Off: December 16, 2013, opposition December 30, 2013, reply January 13, 2014

Motion Hearing Date: January 27, 2014 at 10:00 a.m.

Final Pre Trial Conference: March 10, 2014 at 10:00 a.m., trial counsel to be present

Jury Trial: March 25, 2014 at 8:30 a.m. , estimated 4 days

Counsel are reminded of the requirements of Local Rule 16-15. Court acknowledges parties have agreed upon ADR procedure no. 3, private mediation. Court signs Order/Referral to ADR Pilot Program in open Court. The ADR proceeding to be completed no later than October 15, 2013.

**IT IS SO ORDERED.**

| | : | 13 |
|---|---|---|
| | Initials of Preparer | AB |