Exhibit A

# Redacted

-----Original Message-----
From: BR [mailto:brcopyright@pacbell.net]
Sent: Thursday, May 26, 2011 9:47 AM
To: copyright@amazon.com
Cc: Sheehan, Kathryn
Subject: DMCA Notice of Copyright Infringement (Digital Copy)

DMCA Notice of Copyright Infringement (Digital Copy)

Date: May 26, 2011

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY, that the
information in this notice is accurate and that I am the owner or an agent authorized to act on behalf of
the owner of certain intellectual property rights, namely copyright(s), said owner being named Barry
Rosen ("IP Owner").  I have a good faith belief that the links/materials/activities identified in the
addendums attached hereto are not authorized by the above IP Owner, its agent, or the law and therefore
infringe the IP Owner's rights according to United States law. Please act expeditiously to remove or
disable access to the material or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Email: brcopyright@pacbell.net

Truthfully,

(See Faxed Copy)
Barry Rosen

Addendum to Notice of Infringement:
List of Infringing Items Or Materials
Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located on your servers/network:

1) Item/Material identification: My registered photo of a celebrity, model or athlete (Charlotte Lewis)

URL/Link(s):

http://www.amazon.com/Charlotte-Lewis-Pirates-Polanski-Autograph/dp/B0050O02
6S/ref=sr_1_4?s=miscellaneous&ie=UTF8&qid=1306423437&sr=1-4

http://ecx.images-amazon.com/images/I/41vUdbIAw6L._SS500_.jpg

AMZ-BR000002

Exhibit B

# Redacted

-----Original Message-----
From: Amazon.com Copyright Agent [mailto:copyright@amazon.com]
Sent: Thursday, May 26, 2011 1:55 PM
To: brcopyright@pacbell.net
Subject: Your Amazon.com Copyright Inquiry

Dear Mr. Rosen,

Thank you for your message.  The item to which you refer was posted by a third party merchant without prior review by Amazon.com. Please be advised that we are in the process of removing "Charlotte Lewis Star of Pirates by Polanski Autograph" ASIN: B0050O026S from Amazon.com. It typically takes 2-3 days for a listing to disappear once it has been removed from our catalog. We trust this will bring this matter to a close.

Anne Tarpey

Copyright/Trademark Agent
Amazon.com

AMZ-BR000005

Exhibit C

# Redacted

-----Original Message-----
From: brcopyright@pacbell.net
To: copyright@amazon.com
Subject: DMCA Notice of Copyright Infringement (Digital Copy) Work Category: Copyright Agent
Date: Sunday, November 11, 2012 11:19 AM (PST)

DMCA Notice of Copyright Infringement (Digital Copy)

Date: November 11, 2012

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY, that the
information in this notice is accurate and that I am the owner or an agent authorized to act
on behalf of the owner of certain intellectual property rights, namely copyright(s), said
owner being named Barry Rosen ("IP Owner"). I have a good faith belief that the
links/materials/activities identified in the addendums attached hereto are not authorized by
the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights
according to United States law. Please act expeditiously to remove or disable access to the
material or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Email: brcopyright@pacbell.net

Truthfully,
//s//
(Also See Faxed Copy)
Barry Rosen

Addendum to Notice of Infringement:
List of Infringing Items Or Materials
Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located/reside on your
servers/network:

1) Item/Material identification: My registered photo of a celebrity, model or athlete (Ali
Landry)

URL/Link(s):
http://www.amazon.com/Ali-Landry-8x10-Photo-1935/dp/B009B0IJDA/ref=sr_1_16?s
=miscellaneous&ie=UTF8&qid=1352659888&sr=1-16&keywords=ali+landry

AMZ-BR000160

2) Item/Material identification: My registered photo of a celebrity, model or athlete (Ali Landry)

URL/Link(s):
http://www.amazon.com/Ali-Landry-8x10-Photo-v/dp/B009B0IJZ8/ref=sr_1_19?s=miscellaneous&ie=UTF8&qid=1352659888&sr=1-19&keywords=ali+landry

http://ecx.images-amazon.com/images/I/41RjJhI3VUL._SL500_AA300_.jpg

AMZ-BR000161

Exhibit D

# Redacted

```
-----Original Message-----
From: seller-evaluation@amazon.com
To: arrickwood@hotmail.com
Subject: Notice: Policy Warning
Date: Tuesday, November 20, 2012 1:47 AM (PST)
```

Hello from Amazon.

We are writing to inform you that these offers have been removed from our site:

ASIN: B009B0IJZ8
TITLE: Ali Landry 8x10 Photo. #1936

We took this action because we were notified by the rights owner that the items infringe their intellectual property rights.

Items that infringe another party's copyright, patent, trademark, design right, database right, or other intellectual property or other proprietary right are prohibited. For more information on this policy, search on "Prohibited Content" in seller Help.

To resolve this dispute, we suggest that you contact the rights owner directly:

{INSERT RIGHTS OWNER CONTACT NAME}
{INSERT RIGHTS OWNER CONTACT EMAIL}

If you resolve this matter with the rights owner, please advise them to contact us at notice@amazon.com to withdraw their complaint. We ask that you refrain from posting items manufactured by this rights owner until you have resolved this matter.

Failure to comply with our policies may result in the removal of your Amazon.com selling privileges.

We appreciate your cooperation and thank you for selling on Amazon.com.

Regards,

Seller Performance Team
Amazon.com
http://www.amazon.com

AMZ-BR000163

Exhibit E

| | |
|---|---|
| **From:** | Amazon.com Copyright Agent |
| **To:** | brcopyright@pacbell.net |
| **Sent:** | 11/19/2012 4:15:02 PM |
| **Subject:** | RE: DMCA Notice of Copyright Infringement (Digital Copy) |

Dear Barry,

Thank you for your message. The items to which you refer were posted by a third party merchant
without prior review by Amazon.com. Please be advised that we are in the process of removing
the items you identified from Amazon.com. It typically takes 2-3 days for a listing to
disappear once it has been removed from our catalog. We trust this will bring this matter to a
close.

Best Regards,

Anne Tarpey

Copyright/Trademark Agent
Amazon.com

---- Original message: ----

DMCA Notice of Copyright Infringement (Digital Copy)

Date: November 11, 2012

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF
PERJURY, that the information in this notice is accurate and that I am the
owner or an agent authorized to act on behalf of the owner of certain
intellectual property rights, namely copyright(s), said owner being named
Barry Rosen ("IP Owner"). I have a good faith belief that the
links/materials/activities identified in the addendums attached hereto are
not authorized by the above IP Owner, its agent, or the law and therefore
infringe the IP Owner's rights according to United States law. Please act
expeditiously to remove or disable access to the material or items claimed
to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Email: brcopyright@pacbell.net

Truthfully,
//s//
(Also See Faxed Copy)
Barry Rosen

Addendum to Notice of Infringement:
List of Infringing Items Or Materials
Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located/reside on your
servers/network:

1) Item/Material identification: My registered photo of a celebrity, model
or athlete (Ali Landry)

URL/Link(s):
http://www.amazon.com/Ali-Landry-8x10-Photo-1935/dp/B009B0IJDA/ref=sr_1_16?s
=miscellaneous&ie=UTF8&qid=1352659888&sr=1-16&keywords=ali+landry

http://ecx.images-amazon.com/images/I/516zMFaXOZL._SL500_AA300_.jpg


2) Item/Material identification: My registered photo of a celebrity, model
or athlete (Ali Landry)

URL/Link(s):
http://www.amazon.com/Ali-Landry-8x10-Photo-
v/dp/B009B0IJZ8/ref=sr_1_19?s=miscellaneous&ie=UTF8&qid=1352659888&sr=1-19&k
eywords=ali+landry

http://ecx.images-amazon.com/images/I/41RjJhI3VUL._SL500_AA300_.jpg

AMZ-BR000091