DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
    jimmynguyen@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
    seansullivan@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>           Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., and DOES 1 TO 10,<br><br>           Defendants. | Case No. **CV12-10413 ABC (Ex)**<br>[Assigned to the Hon. Audrey B. Collins]<br><br>**DECLARATION OF SEAN CROMAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: March 10, 2014<br>Time: 10:00 a.m.<br>Courtroom: 680<br><br>[Related Documents Filed Concurrently]<br><br>Action Filed: December 5, 2012<br>Trial Date: TBD |

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF SEAN CROMAN

I, Sean Croman, declare and state as follows:

1. I am a Senior Corporate Counsel for Amazon.com, Inc. ("Amazon"), a position I have held since 2011. I make this declaration in support of Amazon's Opposition to the Motion for Partial Summary Judgment filed by plaintiff Barry Rosen in this action. The facts stated below are true of my own personal knowledge, except for those matters stated on information and belief, which I am informed and believe to be true.

2. In my position, I provide legal advice for the Amazon Marketplace business. In that role, I have become knowledgeable about Amazon's general business practices, Amazon's third-party seller contracts, and Amazon's policies and practices with respect to terminating the accounts of third-party sellers that violate Amazon's policies.

## The Amazon Marketplace

3. Amazon operates the popular retail website, www.amazon.com, among others, through which it and third-party sellers (referenced herein as "Marketplace sellers" or "third-party sellers") sell various goods over the Internet.

4. In addition to its own retail offerings, Amazon permits Marketplace sellers to list and offer for sale products on its website, through a program called "Selling on Amazon" (referenced herein as the "Amazon Marketplace").

5. In 2013, there were more than 2 million Marketplace sellers, and Marketplace sellers sold more than 1 billion units through Amazon's websites worldwide.

6. Marketplace sellers may either fulfill (i.e., store and ship) their products directly to purchasers, or pay Amazon to fulfill their orders. For products sold and fulfilled directly by Marketplace sellers, Amazon simply provides a technology platform (including payment processing). Amazon is not the seller of record for products offered by Marketplace sellers; does not set the price of third-party

1

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

offerings; does not possess seller-fulfilled products at any point before, during or after the transaction; and does not vet third-party offerings before listing to determine whether they comply with third-party intellectual property rights.

### Product Detail Pages

7.  Each product offered for sale on Amazon.com has its own "product detail page" (referred to hereafter as "Detail Pages"). These are the pages from which customers may view, research and purchase products. Third-party sellers can create their own Detail Pages, or list their products for sale against existing Detail Pages. Below is the first page of a printout of a Detail Page found on Amazon's website:

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



8. There are multiple ways that a third-party seller may list products for sale on Amazon, but in none of them does Amazon supply or control the information Marketplace sellers submit.

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## Creation of A Third-Party Seller Account And Amazon's Policies Regarding Uploading of Content

9. In order to sell products on Amazon.com, third-party sellers must open a seller account.

10. The vast majority of sellers select between two primary selling plans: individual or professional.

   a. Third-party sellers that choose the individual selling plan are not charged a monthly subscription fee. In the US, they are charged a per-item fee (currently $0.99) for every item they sell on Amazon.com, in addition to other selling fees, such as referral fees and variable closing fees. Amazon does not charge sellers to upload images.

   b. Marketplace sellers that choose the professional selling plan generally pay a monthly subscription fee. The monthly subscription fee for professional sellers in the US is currently $39.99. Professional sellers are not charged a per-item fee (although all sellers are responsible for other fees, such as referral fees and variable closing fees for each item they sell) and have access to other features not available to individual sellers.

11. Marketplace sellers must also accept an applicable seller agreement. The current standard agreement for sellers who self-register is called the Amazon Services Business Solutions Agreement (referred to hereafter as the "Business Solutions Agreement"). Attached as Exhibit "F" is a true and correct copy of the Business Solutions Agreement currently in effect.

12. The Business Solutions Agreement requires sellers to follow Amazon's policies posted on Amazon's websites:

   "BY REGISTERING FOR OR USING THE SERVICE(S), YOU (ON BEHALF OF YOURSELF OR THE BUSINESS YOU REPRESENT) AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT, INCLUDING THE SERVICE TERMS AND PROGRAM POLICIES THAT

4

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

APPLY FOR THE COUNTRY FOR WHICH YOU REGISTER ('YOUR ELECTED COUNTRY') FOR EACH SERVICE FOR WHICH YOU REGISTER."

Ex. F at 1. The term "Program Policies" is defined in the Business Solutions Agreement to mean:

> "all terms, conditions, policies, guidelines, rules and other information on the Amazon Site or on Seller Central, including those shown on the 'Policies and Agreements' section of Seller Central or elsewhere in the 'Help' section of Seller Central…."

Ex. F at 10.

### Third-Party Sellers' Uploading Of Product Images

13. To show potential buyers their product(s), Marketplace sellers may upload digital images of the product(s) they offer for display in conjunction with their product listings. Sellers select the Detail Pages (which may include product images uploaded by them or others) that they want to list their products on; Amazon does not select the images that sellers upload.

14. Amazon has strict policies governing third-party sellers' uploading and use of product images, which are posted in Seller Central and on its website. Attached hereto as Exhibit "G" is a true and correct copy of the "Prohibited Content" policy printed on August 27, 2013 from Amazon's website as reflected on the face of the document. Expressly included in the categories of prohibited content, under the "Intellectual Property Violations" heading, is the posting of unauthorized copies of photos, such as those copied "without the permission of the rights holder":

> "**Recopied media**: Media products (books, movies, CDs, television programs, software titles, video games, and so on) that have been recopied, dubbed, duplicated, or transferred without permission of the rights holder are illegal to sell and are prohibited. This includes:
> 
> \*\*\*

5

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

- Photos: Unauthorized copies of photos are prohibited."

Ex. G at 2 (emphasis in original).

### Amazon's Third-Party Termination Policies

15. Amazon has the right to cancel listings, or suspend or remove selling privileges for third-party sellers that violate Amazon's Prohibited Content policy:

> "Listing prohibited content may result in the cancellation of your listings, or the suspension or removal of your selling privileges ….
>
> If we determine that the content of a product detail page or listing is prohibited, potentially illegal, or inappropriate, we may remove or alter it without prior notice. Amazon reserves the right to make judgments about whether or not content is appropriate."

Ex. G at 1. (Prohibited Content policy).

16. Amazon also has a policy governing "Listing Restrictions" that also permits it to, in its sole discretion, cancel listings, limit or suspend listing privileges and even remove selling privileges for any third-party seller that violates Amazon's policy on listing prohibited items. Attached hereto as Exhibit "H" is a true and correct copy of the "Listing Restrictions" page printed on August 27, 2013, from the "Category, Product, and Listing Restrictions" section of Amazon's website, as reflected on the face of the document, which states:

> "Violations of Amazon's policy on listing prohibited items may result in actions, such as:
>
> - Cancellation of listing
> - Limits on listing privileges
> - Suspension of listing privileges
> - Removal of your selling privileges

6

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Amazon reserves the right to make judgments in its sole discretion about whether or not a listing is appropriate."

Ex. H at 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 10th day of February, 2014, in Seattle, Washington.

*Sean Croman*

Sean Croman

7

SEAN CROMAN DECL. OPPOSING MOT. FOR
PARTIAL SUMMARY JUDGMENT
DWT 23516203v5 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899