Exhibit G



# Prohibited Content

The following list of prohibited products comprises two sections:

- Prohibited Content
- Intellectual Property Violations

Listing prohibited content may result in the cancellation of your listings, or the suspension or removal of your selling privileges. Sellers are responsible for ensuring that the products they offer are legal and authorized for sale or re-sale.

If we determine that the content of a product detail page or listing is prohibited, potentially illegal, or inappropriate, we may remove or alter it without prior notice. Amazon reserves the right to make judgments about whether or not content is appropriate.

## Prohibited Content

- **Illegal and potentially illegal products:** Products sold on the Amazon.com website must adhere to all applicable laws. As sellers are legally liable for their actions and transactions, sellers must know the legal parameters surrounding any product they offer for sale on Amazon.com. This includes the sale of products by individuals outside the United States.
- **Offensive material:** Amazon reserves the right to determine the appropriateness of listings posted to our site. For more information about our policy of offensive materials, see Offensive Products.
- **Nudity and pornography:** In general, images that portray nudity in a gratuitous or graphic manner are prohibited. Amateur pornography, pornography, X-rated movies, and hard-core material including magazines are also prohibited.
- **Items that infringe upon an individual's privacy:** Amazon holds personal privacy in the highest regard. Therefore, items that infringe upon, or have potential to infringe upon, an individual's privacy are prohibited.
- **Advertisements:** Listings that are intended wholly or mainly as portals to commercial or private websites for the purposes of advertising, or that offer contact information for non-Amazon.com offers, particularly those with non-Amazon.com ordering tools or information are prohibited.
- **Products made available by digital download:** Amazon prohibits the listing of products that are made available by digital download, including codes that can be used to access content on other websites or platforms.

## Intellectual Property Violations

- **Counterfeit merchandise:** Products offered for sale on Amazon.com must be authentic. Any product that has been illegally replicated, reproduced or manufactured is prohibited.
- **Unauthorized and unlicensed merchandise:** All items offered for sale on Amazon.com must be commercially produced and authorized or licensed for sale as a retail product. Read our rules for selling textbooks. (For exceptions to this policy, see Collectible Books Requirements.)
- **Recopied media:** Media products (books, movies, CDs, television programs, software titles, video games, and so on) that have been recopied, dubbed, duplicated, or transferred without permission of the rights holder are illegal to sell and are prohibited. This includes:
  - **Books:** Unauthorized copies of books are prohibited.

- **Music:** Bootleg copies, unauthorized live concerts, unauthorized soundboard recordings, unauthorized merchandise, and so on, are prohibited.
- **Movies:** Unauthorized copies of movies in any format are prohibited. Unreleased/pre-released movies, screening copies, trailers, unpublished and unauthorized film scripts (no ISBN number), electronic press kits, and unauthorized props are also prohibited.
- **Photos:** Unauthorized copies of photos are prohibited.
- **Radio programs and concerts:** Unauthorized recordings or copies of recordings of radio programs are prohibited.
- **Software:** Recopied or duplicated software in any format is prohibited. Academic, OEM, back-up, fulfillment, promotional, beta (pre-release), unauthorized freeware/shareware, and softlifted versions of software are prohibited. Read our rules for selling software.
- **Television programs:** Unauthorized copies of television programs (including pay per view), programs never broadcast, unauthorized scripts, unauthorized props, and screening copies are prohibited.
- **Video games:** Video games sold on Amazon must be full retail versions. Recopied and transferred video games are prohibited. Mod chips, silver disks, video game emulators, Sega boot disks, game enhancers, unauthorized video game compilations, unauthorized bundles of video game products, and unauthorized accessories are also prohibited.

- **Transferred media:** Media transferred from one format to another is prohibited. This includes but is not limited to films converted from NTSC to Pal and Pal to NTSC, laser disc to video, television to video, CD-ROM to cassette tape, from the Internet to any digital format, and so on.
- **Promotional media:** Promotional versions of media products, including books (advance reading copies and uncorrected proofs), music, and videos (screening copies) are prohibited. These products are distributed for promotional consideration and generally are not authorized for retail distribution or sale. (For exceptions to this policy, see Collectible Books Requirements.)
- **Rights of Publicity:** Celebrity images and/or the use of celebrity names cannot be used for commercial purposes without permission of a celebrity or their management. This includes product endorsements and use of a celebrity's likeness on merchandise such as posters, mouse pads, clocks, image collections in digital format, and so on.

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **AmazonLocal** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **AmazonWebServices** Scalable Cloud Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Exhibit H



| | |
|---|---|
| | Internet: Rules of the Road and Dot Com Disclosures: Information About Online Advertising. |
| Environmental Marketing | Environmental claims in listings must be substantiated and comply with the Guides for the Use of Environmental Marketing Claims.  Examples of environmental claims that have been identified by the Federal Trade Commission as potentially problematic include "eco-friendly" and "green." <br><br> For more information, see the Federal Trade Commission's Complying with the Green Guides and Advertising and Marketing on the Internet: Rules of the Road. |
| Guarantees | Listings must comply with the Guides for the Advertising of Warranties and Guarantees. For example, if you use phrases like "satisfaction guaranteed" or "money-back guarantee" in your listings or seller information pages, you must be willing to give full refunds for any reason. <br><br> For more information, see the Federal Trade Commission's A Businessperson's Guide to Federal Warranty Law, Consumer Product Warranties and Advertising and Marketing on the Internet: Rules of the Road. |
| Jewelry | Listings for jewelry industry products (including items like optical frames, writing instruments, and flatware) must comply with the Guides for the Jewelry, Precious Metals, and Pewter Industries. The guides regulate the use of many commonly used terms, such as "pearl," "platinum," "noncorrosive," and "flawless." <br><br> We may periodically audit the quality of fine jewelry (jewelry containing gold, silver, platinum or palladium, or diamonds, pearls or gemstones) sold on Amazon. It is your responsibility to ensure that your product detail pages for fine jewelry products include accurate and complete information about the products' quality. Examples of proper descriptions include: (i) products listed as "silver" or "sterling silver" actually contain at least 92.5% silver; (ii) gold and platinum content corresponds to the quality specified on the detail page and the mark stamped on the product; (iii) simulated gemstones are labeled as such; and (iv) all treatments are disclosed for any treated diamonds or gemstones. Product detail pages for fine jewelry must comply with the Guides for the Jewelry, Precious Metals, and Pewter Industries and with Amazon's Jewelry Quality Assurance Standards. If we determine that you have provided inaccurate or incomplete product information for fine jewelry products, we may suspend your listings for such products and suspend or remove your selling privileges. <br><br> For more information, see the Federal Trade Commission's Jewelry Guides and Information page and Advertising and Marketing on the Internet: Rules of the Road. <br><br> See also, Restricted Products: Jewelry & Precious Gems. |

| | |
|---|---|
| Made in the U.S.A. | Any product that you describe, advertise or label as "Made in the U.S.A." must be all or virtually all made in the United States.<br><br>For more information, see the Federal Trade Commission's Enforcement Policy Statement on U.S. Origin Claims and Advertising and Marketing on the Internet: Rules of the Road. See also the discussions of "Animal Furs and Skins", "Textile Descriptions," and "Wool Product Descriptions" on this page for more information on required disclosures of country of origin. |
| Medical Devices | Medical device claims may not exceed the cleared or approved indications for use as specified by the Food and Drug Administration in the notice of clearance or approval (or, for exempt devices, as specified in the applicable regulation). Examples of excessive or impermissible claims include: (i) targeting use towards children if the device is cleared only for adult use; (ii) advertising for use in a part of the body not specified in the indications for use; and (iii) selling prescription devices without a prescription.<br><br>For more information, see the Medical Device page on the Food and Drug Administration's website.<br><br>See also, Restricted Products: Medical Devices & Accessories. |
| Native American Products | Listings may not include the terms "Native American" or "Indian," or the name of any Indian Tribe, if such information is any way inaccurately implies that the product is an "Indian product" or is made by a tribal member or an Indian artisan.<br><br>For more information, see the Indian Arts and Crafts Act of 1935, the Indian Arts and Crafts Act of 1990 and guidance from the Department of Interior, Indian Arts and Crafts Board. |
| Replica Art, Coins & Stamps | For information on listing replica art, coins and stamps, see Restricted Products: Art; Restricted Products: Currency, Coins & Cash Equivalents and Restricted Products: Postage Meters & Stamps. |
| Testimonials, Endorsements, Feedback and Reviews | Testimonials or endorsements must comply with the Guides Concerning Use of Endorsements and Testimonials in Advertising. For example, you are required to disclose any "material interests" between you and an endorser. Additionally, our feedback and product review policies prohibit paying anyone to create a review or offering gifts or refunds for the removal of product reviews or feedback.<br><br>For more information, see the Federal Trade Commission's Advertising and Marketing on the Internet: Rules of the Road.<br><br>For more information, see Prohibited Seller Activities and Actions. |

**Listing restrictions requiring statements or disclosures**

| Category | Restrictions |
|---|---|

AMZ-BR000110

| | |
|---|---|
| Animals, Furs and Skins | Listings for animal fur and skin products must comply with the Fur Products Labeling Act, which requires the following disclosures (among others):<br><br>• the countries of origin;<br>• the name of animal or animals that produced the fur or skin, preceded by the words "Fur Origin" (for example, "Fur Origin: Russia");<br>• and, if applicable,<br>   ◦ a statement that the product contains used or damaged fur,<br>   ◦ a statement that the fur is bleached, dyed or otherwise artificially colored fur, or<br>   ◦ a statement that the fur is composed wholly or partially of paws, tails, bellies, waste fur or other scrap pieces.<br><br>Products made to resemble animal furs and skins, but which are not made from those animals, must include in the title and description that the item is not "genuine;" for example, imitation animal clothing must state that the fur is "faux" fur.<br><br>For more information, see the Federal Trade Commission's In-FUR-mation Alert: How to Comply with the Fur Products Labeling Act and the Fur Act Rules.<br><br>See also Restricted Products: Animals & Animal Products and Restricted Products: Clothing.<br><br>If you list animal fur and skin products and your category-specific feed template does not include attribute fields for submitting the required disclosures, upload the necessary information using the "Additional Product Information" Inventory File Template or XSD, or by using the Add A Product tool. |
| Appliance Labeling | Listings must comply with the Appliance Labeling Rule, which requires EnergyGuide labels for large televisions and EnergyGuides or the required textual disclosure for certain appliances (such as refrigerators, washing machines, etc.).  The disclosure must include the following information in accordance with the Appliance Labeling Rule: (i) the unit's capacity; (ii) estimated average annual energy costs; and (iii) a statement explaining how those costs were calculated. A disclosure is also required for certain light bulbs, pool heaters, plumbing products, and ceiling fans.<br><br>For more information, see the Federal Trade Commission's Appliance Labeling Frequently Asked Questions. |
| California Proposition 65 | Listings must comply with California's Proposition 65, which requires notice to California customers of products that contain chemicals on California's list of chemicals known to the state to cause cancer or reproductive toxicity.  Listings for products containing chemicals on California's list must link to this page.<br><br>For more information, see the California Office of Environmental Health Hazard Assessment Proposition 65. |
| Consumer Product Safety | Listings of certain toys or games that contain small parts and are intended for use by children must |

| | |
|---|---|
| Improvement Act (CPSIA) | include a CPSIA-specified statement regarding choking hazards. See our Choking Hazard Warning & Lead and Phthalates page for information on how to provide the required warnings.<br><br>For more information, see the CPSIA Labeling Rule. |
| Over-the-Counter Drugs, Dietary Supplements and Food | Listings for over-the-counter (OTC) drugs, dietary supplements, and food may not be false or misleading.<br><br>A claim that an OTC drug diagnoses, cures, mitigates, treats or prevents diseases may not be used unless it is permitted under (i) a rule published by the Food and Drug Administration; (ii) the Federal Food, Drug and Cosmetic Act Regulations; or (iii) an approved New Drug Application. Listings for dietary supplements and food may not claim to diagnose, cure, mitigate, treat or prevent diseases unless approved by the Food and Drug Administration. For more information regarding claims about diseases, see the Food and Drug Administration's Guidance for Industry: Structure/Function Claims, Small Entity Compliance Guide.<br><br>Additionally, listings for dietary supplements that imply or are otherwise likely to lead customers to believe that a listed product has undergone a review by the Food and Drug Administration must contain the following disclaimer: "This statement has not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease." For more information about the marketing of dietary supplements, see the Federal Trade Commission's Dietary Supplements: An Advertising Guide for Industry.<br><br>For more information, see the Dietary Supplements page, the Food page, and the Drugs page on the Food and Drug Administration's website.<br><br>See also Restricted Products: Drugs, Drug Paraphernalia & Dietary Supplements and Restricted Products: Food & Beverage.<br><br>Remember that products requiring a prescription are prohibited. |
| Textile Descriptions | Listings for textile products (for example clothing, tablecloths, and towels), must state whether the product was (i) Made in the U.S.A; (ii) Imported; (iii) Made in the U.S.A or Imported; or (iv) Made in the U.S.A and Imported. If the product is manufactured in both the U.S.A and abroad, select "Made in the U.S.A or Imported;" if the product is assembled in the U.S.A with imported materials, select "Made in the U.S.A and Imported."  The information regarding country of origin should match the product's label.<br><br>With exceptions, tags, labels, advertisements, listings or other product identifications for textile products must disclose the generic names and percentages by weight of the fibers present in the product in an amount of 5 percent or more in order of predominance using generic fiber names recognized by the Federal Trade Commission. The |

use of non-generic fiber names, unless specifically recognized by the Federal Trade Commission, is not permitted.  For example, you may not refer to your textile product as "bamboo" or "soy" unless appropriately qualified by their respective generic names, rayon or viscose for bamboo and azlon for soy (e.g., rayon derived from bamboo, azlon derived from soy, etc.). The fiber content should match the product's label.

For more information, see "Threading Your Way Through the Labeling Requirements Under the Textile and Wool Act," the Textile Act and the Textile Act Regulations.

See also Restricted Products: Clothing.

If you list textile products and your category-specific feed template does not include attribute fields for submitting the required disclosures, upload the necessary information using the

AMZ-BR000113

| | |
|---|---|
| | "Additional Product Information" Inventory File Template or XSD, or by using the Add A Product tool. |
| Wool Product Descriptions | Listings for wool products (items made of wool or recycled wool, which includes fibers from sheep or lamb fleece, Angora or Cashmere goat hair, camel hair, alpaca hair, llama hair and vicuna hair) must state whether the product was (i) Made in the U.S.A; (ii) Imported; (iii) Made in the U.S.A or Imported; or (iv) Made in the U.S.A and Imported. If the product is manufactured in both the U.S.A and abroad, select "Made in the U.S.A or Imported;" if the product is assembled in the U.S.A with imported materials, select "Made in the U.S.A and Imported." The information regarding country of origin should match the product's label. <br><br> With certain exceptions, tags, labels, advertisements, listings or other product identifications for wool products must disclose the generic names and percentages by weight of the fibers present in the product in descending order of predominance (including non-wool textile fibers). The use of non-generic fiber names, unless specifically recognized by the Federal Trade Commission, is not permitted.  For example, you may not refer to your wool product as "pashmina" (which is not a recognized generic fiber name), but should instead use the appropriate generic name for the fiber (e.g., cashmere, wool, etc.).  The fiber content should match the product's label. <br><br> For more information, see "Threading Your Way Through the Labeling Requirements Under the Textile and Wool Act," the Wool Act and the Wool Act Regulations. <br><br> See also Restricted Products: Animals & Animal Products and Restricted Products: Clothing. <br><br> If you list wool products and your category-specific feed template does not include attribute fields for submitting the required disclosures, upload the necessary information using the "Additional Product Information" Inventory File Template or XSD, or by using the Add A Product tool. |

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | AfterSchool.com Kids' Sports, Outdoor & Dance Gear | AmazonFresh Groceries & More Right To Your Door | AmazonLocal Great Local Deals in Your City | AmazonSupply Business, Industrial & Scientific Supplies | AmazonWebServices Scalable Cloud Services | Askville Community Answers |
| Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Bookworm.com Books For Children Of All Ages | Casa.com Kitchen, Storage & Everything Home | CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography |

AMZ-BR000114

| Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
|---|---|---|---|---|---|---|---|
| Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |

| Vine.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos |
|---|---|---|---|---|---|
| Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates