**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
   jimmynguyen@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
   seansullivan@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., and DOES 1 TO 10,<br><br>　　　　　Defendants. | Case No. **CV12-10413 ABC (Ex)**<br>[Assigned to the Hon. Audrey B. Collins]<br><br>**DECLARATION OF ZACHARY WIGGANS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: March 10, 2014<br>Time: 10:00 a.m.<br>Courtroom: 680<br><br>[Related Documents Filed Concurrently]<br><br>Action Filed: December 5, 2012<br>Trial Date: TBD |

ZACHARY WIGGANS DECL. OPPOSING MOTION FOR
PARTIAL SUMMARY JUDGMENT
DWT 23169831v8 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DECLARATION OF ZACHARY WIGGANS

I, Zachary Wiggans, declare and state as follows:

1.  I am a Software Development Engineer for Amazon.com, Inc. ("Amazon"), a position I have held since 2005. I make this declaration in support of Amazon's Opposition to the Motion for Partial Summary Judgment filed by plaintiff Barry Rosen in this action. The facts stated below are true of my own personal knowledge, except for those matters stated on information and belief, which I am informed and believe to be true.

2.  My job duties include maintaining network architecture underlying the portion of Amazon's website, www.amazon.com, through which third-party sellers list for sale products through Amazon's third-party seller program (referred to as the "Amazon Marketplace"). In that role, I am required to be and am familiar with the process by which information and images relating to products offered by third-party sellers are provided to Amazon through forms available on Amazon's website, are stored on Amazon's servers, and are retrieved and displayed on the website.

3.  Amazon determines the overall look, design, functionality and similar aspects of (i) the website, and (ii) the "product detail pages" where customers may view, research and purchase products on Amazon.com (referred to hereafter as "Detail Pages"). To show potential buyers their product(s), third-party sellers may upload images to Amazon's servers for display in conjunction with their product listings. Sellers indicate which images they want displayed. Amazon does not select the images the sellers upload or the images sellers choose to associate with their product offerings.

4.  When a third-party seller uploads a product image file to Amazon's servers to display with the seller's product offerings, the product image file is stored on a separate server dedicated to storage of image files for products listed on Amazon.com. The servers used to store product image files are separate from those
1
ZACHARY WIGGANS DECL. OPPOSING MOTION FOR
PARTIAL SUMMARY JUDGMENT
DWT 23169831v8 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

used to store the other product information that the third-party sellers provide, which appears on the Detail Page.

5. Product images are stored on a separate server for internal technical and storage reasons – to allow for effective display of the product image on the Detail Page and offer listing page, while allowing for the server space necessary to store many image files. The Detail Page links to product images stored on the image server in part because it would be technically impractical to store all Amazon Marketplace content on one set of servers, given the large quantity of content involved in the Amazon Marketplace.

6. Approximately 4 million product images are uploaded to Amazon's website and stored on Amazon's image server per day. Amazon does not prescreen or review any product images at the time they are uploaded by third-party sellers in the United States.

7. In 2013, the product image servers contained over 360 terabytes of data.

8. Storing images on separate servers also improves the speed at which Amazon can serve its webpages.

9. The Detail Page links to product images stored on the image server for other reasons: to allow a single product image to appear in identical form on multiple Detail Pages and in a user's order history. This allows the Amazon Marketplace to represent identical products in a consistent fashion, even when the products are sold by different sellers on multiple Detail Pages, and to display the product ordered by a user in their order history.

10. Since the launch of Amazon.com, the website's network architecture has relied on interoperability between the product image file server and the server containing the information from the Detail Pages. Each image on Amazon's image servers has a unique URL ("uniform resource locator") address. When a customer's actions call up a Detail Page, the system that assembles the Detail Page makes a call

2

ZACHARY WIGGANS DECL. OPPOSING MOTION FOR
PARTIAL SUMMARY JUDGMENT
DWT 23169831v8 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to Amazon's image servers, which serve the image(s) associated with that Detail Page.

11.  When the Detail Page is assembled, the image URL is not readily visible; only the Detail Page URL is visible at the top of the page. The URL for the product image is only accessible if a user actually "right clicks" on the image of the product that appears on the Detail Page, which then produces a menu that will include options such as "Copy image URL," "Properties," or "Open image in new tab." (For some images, this function requires the user to first click on the image, then right click on the blown up image.) Even then, the actual URL address only becomes visible when one one clicks on the option to copy and then paste the URL into their browser's search bar, prints the image, clicks on the option to open the image in a new tab, or clicks on the option to open the Properties tab.

12.  The URL for the product image is not available to the public other than by manually accessing it through the Detail Page as described above. Moreover, images on Amazon's image servers can only be accessed with the exact URL of that image.

13.  Once Detail Pages are disabled from public access on Amazon.com, users cannot access the product image files alone through use of Internet search engines or by searching the Website directly (using the internal "Search" function). The product image files stored on the image servers are stored using an "opaque" identifier – *i.e.,* randomly generated alphanumeric sequence with no information describing the image. Thus, the image files are not embedded with any searchable data and contain no readily identifiable data that would be captured by a search engine such as Google or Bing if a user entered a query for the subject of the image. After a Detail Page is disabled from public access on Amazon's website, the only way to access the image file is to enter the exact URL in a web browser's address field; generally, this would require the user to have copied the URL address *before* Amazon disabled the Detail Page.

3

ZACHARY WIGGANS DECL. OPPOSING MOTION FOR
PARTIAL SUMMARY JUDGMENT
DWT 23169831v8 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14. Search engines like Google index webpages and can cache (or archive) content found online. Therefore, these search engines will sometimes show data from webpages that no longer exists, until such time as the search engine revalidates the data by re-accessing the webpage to update its results. Thus, it is possible that some Detail Pages (and product images from those Detail Pages) may be found through these search engines even after the Detail Pages have been disabled, until such time as the search engine revalidates the webpage data. Amazon has no control over when search engines refresh or revalidate webpage data.

15. Users who have purchased a product before the Detail Page is disabled may also be able to view the product image originally displayed on the Detail Page in their personal order history, even after the Detail Page is disabled. This is because the product image continues to remain linked to the user's order history page, much as it did to the Detail Page before it was disabled. However, a user's order history is private to the user; unless the user provides his or her password to another person, any information or images displayed on a user's order history cannot be accessed by search engines or any other person.

16. Amazon accommodates and does not interfere with standard technical measures used by copyright owners to identify or protect copyrighted works. For example, Amazon does not block access to users of its Website or to products sold on its Website. Amazon permits anyone to access its Website to search for products that are currently listed for sale, or that have an active Detail Page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 10th day of February, 2014, in Seattle, Washington.

_[signature]_
Zachary Wiggans

4
ZACHARY WIGGANS DECL. OPPOSING MOTION FOR PARTIAL SUMMARY JUDGMENT
DWT 23169831v8 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899