Exhibit I

Amazon.com Help: Conditions of Use

1 of 13

Case 2:12-cv-10413-ABC-E   Document 54-8   Filed 02/10/14   Page 2 of 28   Page ID #:1016

http://www.amazon.com/gp/help/customer/display.html/ref=footer_cou?ie=UTF8&nodeId=508088

8/28/2013 1:10 PM
AMZ-BR000129

# Help & Customer Service

Shop by Department    Search    All    Go    Hello, **Sign in** Your Account    Try Prime    0 Cart    Wish List

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

## Topics

Security & Privacy
E-mails from Amazon.com
Supply Chain Standards
Amazon.com Privacy Notice

**Conditions of Use**
Choose a Strong Password
Protect Your System
Public PGP Key
Report a Security Issue

## Other Help Areas

Shipping & Delivery
Returns & Refunds
Managing Your Account
Payment, Pricing & Promotions
Ordering
Kindle
MP3, Instant Video & Apps
Gifts, Gift Cards & Registries
Security & Privacy
Author, Publisher & Vendor Guides
Site Features

Search Help: Enter a keyword or topic        Search Help

## Conditions of Use

**Last updated: December 5, 2012**

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). Amazon provides the Amazon Services subject to the following conditions.

**By using Amazon Services, you agree to these conditions. Please read them carefully.**

We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service (for example, Your Profile, Gift Cards, Amazon Instant Video, Your Media Library, or Amazon applications for mobile) you also will be subject to the guidelines, terms and agreements applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

**PRIVACY**

Please review our Privacy Notice, which also governs your use of Amazon Services, to understand our practices.

**ELECTRONIC COMMUNICATIONS**

Try Prime

Search Help > Security & Privacy > **Conditions of Use**

## Self-Service

Track or Manage Purchases
Manage Payment Options
Return or Replace Items
Change Name, E-mail, or Password
Manage Address Book
Manage Your Kindle

Kindle Help Forum
General Help Forum

Contact Us

## Other Help Sites

Sell on Amazon
Associates Program Help
Amazon Web Services
Publisher and Vendor Help
Ayuda en Español

When you use any Amazon Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site or through the other Amazon Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**COPYRIGHT**

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads, and data compilations is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and protected by U.S. and international copyright laws.

**TRADEMARKS**

Click here to see a non-exhaustive list of Amazon trademarks. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon in the U.S. and other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

**PATENTS**

One or more patents owned by Amazon apply to the Amazon Services and to the features and services accessible via the Amazon Services. Portions of the Amazon Services operate under license of one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

AMZ-BR000130

## LICENSE AND ACCESS

Subject to your compliance with these Conditions of Use and your payment of any applicable fees, Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make personal and non-commercial use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service, or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of any Amazon Service or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rightsholders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

## YOUR ACCOUNT

If you use any Amazon Service, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use the Amazon Services only with involvement of a parent or guardian. Alcohol listings on Amazon are intended for adults. You must be at least 21 years of age to purchase alcohol, or use any site functionality related to alcohol. Amazon reserves the right to refuse service,

AMZ-BR000131

terminate accounts, remove or edit content, or cancel orders in its sole discretion.

## REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

Visitors may post reviews, comments, photos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

## COPYRIGHT COMPLAINTS

Amazon respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

## RISK OF LOSS

All items purchased from Amazon are made pursuant to a shipment contract.

This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

## RETURNS, REFUNDS AND TITLE

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our Returns Center.

## PRODUCT DESCRIPTIONS

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of any Amazon Service is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

## PRICING

Except where noted otherwise, the List Price or Suggested Price displayed for products on any Amazon Service represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price or Suggested Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price or Suggested Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price or Suggested Price may be provided by the merchant.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order. Despite our best efforts, a small number of the items in our catalog may be mispriced. If the correct price of an item sold by Amazon is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation. Other merchants may follow different policies in the event of a mispriced item.

AMZ-BR000133

We generally do not charge your credit card until after your order has entered the shipping process or, for digital products, until we make the digital product available to you.

## AMAZON SOFTWARE TERMS

In addition to these Conditions of Use, the terms found here apply to any software (including any updates or upgrades to the software and any related documentation) that we make available to you from time to time for your use in connection with Amazon Services (the "Amazon Software").

## OTHER BUSINESSES

Parties other than Amazon operate stores, provide services, or sell product lines on this site. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THE AMAZON SERVICES AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE AMAZON SERVICES, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THE AMAZON SERVICES IS AT YOUR SOLE RISK.

AMZ-BR000134

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THE AMAZON SERVICES, INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, AMAZON'S SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY AMAZON SERVICE, OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH ANY AMAZON SERVICE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**DISPUTES**

**Any dispute or claim relating in any way to your use of any Amazon Service, or to any products or services sold or distributed by Amazon or through Amazon.com will be resolved by binding arbitration, rather than in court**, except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and**

**declaratory relief or statutory damages), and must follow the terms of these Conditions of Use as a court would.**

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

**We each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **we each waive any right to a jury trial.** We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

**APPLICABLE LAW**

By using any Amazon Service, you agree that the Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

**SITE POLICIES, MODIFICATION, AND SEVERABILITY**

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your use of Amazon Services. We reserve the right to make changes to our site, policies, Service Terms, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any

reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

**OUR ADDRESS**

Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
http://www.amazon.com

## How to Serve a Subpoena

If you have a subpoena to serve on Amazon, please note that Amazon does not accept service via e-mail or fax and will not respond to the subpoena. All subpoenas must be properly served on Amazon.com, preferably by mailing the subpoena to Corporation Service Company (CSC), Amazon's national registered agent. Please find below the Washington address for CSC (the CSC office in your jurisdiction may be located through the Secretary of State's website):

Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department – Subpoena

Please note also that providing detailed and accurate information at the outset will facilitate efficient processing of your request. That information will include, for example, e-mail and/or credit card number used to make purchases for retail purchase information; the name, e-mail, and physical address of a seller for seller information; Kindle serial number for Kindle information (please note we do not have GPS location information); and IP address and complete time stamp for AWS information.

## Notice and Procedure for Making Claims of Copyright Infringement

If you believe that your work has been copied in a way that constitutes copyright infringement, please submit your complaint using our online form. We respond

http://www.amazon.com/gp/help/customer/display.html/ref=footer_cou?ie=UTF8&nodeId=508088

quickly to the concerns of rights owners about any alleged infringement.

If you prefer to submit a report in writing, please provide us with this information:

- A physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- A description of the copyrighted work that you claim has been infringed upon;

- A description of where the material that you claim is infringing is located on the site;

- Your address, telephone number, and e-mail address;

- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Amazon's Copyright Agent for notice of claims of copyright infringement on its site can be reached as follows:

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010
e-mail: copyright@amazon.com

Courier address:
Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210
USA

Please note that this procedure is exclusively for notifying Amazon that your copyrighted material has been infringed.

AMZ-BR000138

## Additional Amazon Software Terms

1. **Use of the Amazon Software.** You may use Amazon Software solely for purposes of enabling you to use and enjoy the Amazon Services as provided by Amazon, and as permitted by the Conditions of Use, these Software Terms and any Service Terms. You may not incorporate any portion of the Amazon Software into your own programs or compile any portion of it in combination with your own programs, transfer it for use with another service, or sell, rent, lease, lend, loan, distribute or sub-license the Amazon Software or otherwise assign any rights to the Amazon Software in whole or in part. You may not use the Amazon Software for any illegal purpose. We may cease providing any Amazon Software and we may terminate your right to use any Amazon Software at any time. Your rights to use the Amazon Software will automatically terminate without notice from us if you fail to comply with any of these Software Terms, the Conditions of Use or any other Service Terms. Additional third party terms contained within or distributed with certain Amazon Software that are specifically identified in related documentation may apply to that Amazon Software (or software incorporated with the Amazon Software) and will govern the use of such software in the event of a conflict with these Conditions of Use. All software used in any Amazon Service is the property of Amazon or its software suppliers and protected by United States and international copyright laws.

2. **Use of Third Party Services.** When you use the Amazon Software, you may also be using the services of one or more third parties, such as a wireless carrier or a mobile platform provider. Your use of these third party services may be subject to the separate policies, terms of use, and fees of these third parties.

3. **No Reverse Engineering.** You may not, and you will not encourage, assist or authorize any other person to copy, modify, reverse engineer, decompile or disassemble, or otherwise tamper with, the Amazon Software, whether in whole or in part, or create any derivative works from or of the Amazon Software.

4. **Updates.** In order to keep the Amazon Software up-to-date, we may offer automatic or manual updates at any time and without notice to you.

AMZ-BR000139

http://www.amazon.com/gp/help/customer/display.html/ref=footer_cou?ie=UTF8&nodeId=508088

5. **Export Regulations; Government End Users.** You must comply with all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities that may apply to the Amazon Software. If you are a U.S. Government end user, we are licensing the Amazon Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant you to the Amazon Software are the same as the rights we grant to all others under these Conditions of Use.

**Search Help:** Enter a keyword or topic

Search Help

**Ask the Community:** Post your question in the General Help Forum or Kindle Help Forum.

**Get to Know Us**

Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**

Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**

Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

http://www.amazon.com/gp/help/customer/display.html/ref=footer_cou/?ie=UTF8&nodeId=508088

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| 6pm | AbeBooks | AfterSchool.com | AmazonFresh | AmazonLocal | AmazonSupply | AmazonWebServices | Askville |
|---|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Services | Community Answers |

| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
|---|---|---|---|---|---|---|---|
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |

| Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
|---|---|---|---|---|---|---|---|
| Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |

| | Vine.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
|---|---|---|---|---|---|---|---|
| | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

GsTB:

GsTB:

Exhibit J

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Amazon.com, Inc. and its affiliates

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** Amapedia.com; Amazon.ca; Amazon.com; Amazonservices.com; Askville.com; Endless.com; Nownow.com; Shelfari.com; Smallparts.com; Aldenteblog.com; Amazongrocer.com; Armchaircommentary.com; Carlustblog.com; Chordstrike.com; Enduserblog.com; Omnivoracious.com; Toywhimsy.com; Wagreflex.com

**Address of Service Provider:** P.O. Box 81226, Seattle, WA 98108

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Adrian Garver

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1200 12th Ave South, Suite 1200
Seattle, WA 98144

**Telephone Number of Designated Agent:** 206-266-4064

**Facsimile Number of Designated Agent:** 206-266-7010

**Email Address of Designated Agent:** copyright@amazon.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Amazon.com, Inc. and its affiliates / Received Date: 12/07/2007; Scanned Date: 01/08/2008

Signature of Officer or Representative of the Designating Service Provider:

_____ Date: 1-28-09

Typed or Printed Name and Title: *Karen Ressmeyer, Assistant Secretary*

02 19-2009

**Note: This Amended Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.**

Mail the form to:

Copyright GC/I&R
P.O. Box 70400
Washington, DC 20024

161765938

RECEIVED
FEB 11 2009
COPYRIGHT OFFICE

AMZ-BR000123

Exhibit K

EXHIBIT K FILED UNDER SEAL

Exhibit L

**Subject: DMCA Notice of Copyright Infringement (Digital Copy)**
**Date:** Sunday, December 19, 2010 10:54 PM
**From:** BR <brcopyright@pacbell.net>
**To:** <copyright@amazon.com>
**Cc:** "Sheehan, Kathryn" <ksheehan@amazon.com>

```
DMCA Notice of Copyright Infringement (Digital Copy)

Date: December 19, 2010

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY, that the information
in this notice is accurate and that I am the owner or an agent authorized to act on behalf of the
owner of certain intellectual property rights, namely copyright(s), said owner being named Barry
Rosen ("IP Owner").  I have a good faith belief that the links/materials/activities identified in
the addendums attached hereto are not authorized by the above IP Owner, its agent, or the law and
therefore infringe the IP Owner's rights according to United States law. Please act expeditiously
to remove or disable access to the material or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Email: brcopyright@pacbell.net

Truthfully,

(See Faxed Copy)
Barry Rosen

Addendum to Notice of Infringement:
List of Infringing Items Or Materials


Name of Intellectual Property Owner:
Barry Rosen


The following items/links identified in are located on your servers/network:

1) Item/Material identification: My registered photo of a celebrity, model or athlete (Eleniak)

URL/Link(s):

http://the-poster-depot.hostedbyamazon.com/Erika-Eleniak-Poster-Hair-24x36in/dp/B004E5MDKW?
ie=UTF8&id=Erika%20Eleniak%20Poster%20Hair%2024x36in&field_availability=-1&field_launch-
date=-1y&field_browse=2469435011&searchSize=12&searchPage=1&searchNodeID=2469435011&searchKeywords=
eleniak&field_keywords=eleniak&class=quickView&refinementHistory=brandtextbin%2Csubjectbin
%2Ccolor_map%2Cprice%2Csize_name&searchRank=salesrank

http://ecx.images-amazon.com/images/I/41zO8IDSY7L._SX270_.jpg

http://www.amazon.com/Erika-Eleniak-Poster-Hair-24x36in/dp/B004E5MDKW/ref=sr_1_1?
s=miscellaneous&ie=UTF8&qid=1292827006&sr=1-1
```

**Page 1 of 2**

Rosen-000007

http://www.amazon.com/gp/product/images/B004E5MDKW/ref=dp_image_0?ie=UTF8&s=miscellaneous

http://ecx.images-amazon.com/images/I/41zO8IDSY7L._SS500_.jpg

Rosen-000008

Exhibit M

From: magsnmoreamaz@aol.com
To: seller-evaluation@amazon.com
Sent: Wednesday, December 22, 2010 5:36 PM (PST)
Subject: Notice: Policy Warning


How many warnings will I get before my account is blocked?

----- Original Message -----
From: "Amazon.com Seller Performance Team" <seller-evaluation@amazon.com>
To: <magsnmoreamaz@aol.com>
Sent: Wednesday, December 22, 2010 5:39 PM
Subject: Notice: Policy Warning


> Hello from Amazon.com.
>
> We are writing to let you know that the following of your listings have
> been removed from our site:
>
> B004E5MDKW
>
> We took this action because your listing(s) might violate intellectual
> property rights and Amazon.com policies.
>
> In this case, we were notified by the rights holder that the item is
> infringing and they requested that the listing be removed.
>
> We want to ensure that our customers are buying only authorized
> merchandise.  To avoid the blocking of your seller account, please do not
> relist this item on our site.
>
> For more information, please visit our Policies, located in our Help pages
> online:
>
> Help > Selling at Amazon.com... >  Participation Agreement | Community
> Rules | Prohibited Content
>
> If you would like more information about this item or its removal, please
> contact the rights holder directly at:
>
> Barry Rosen
> C/O Peter Dion-Kindem, esq.
> Dion-Kindem & Crockett
> 21271 Burbank Blvd., Suite 100
> Woodland Hills, CA 91367
> Email: brcopyright@pacbell.net
>
> We appreciate your interest in Amazon.com.
>
>
> Regards,
>
> Seller Performance Team
> Amazon.com
> http://www.amazon.com
>
>

Exhibit N

**Subject: RE: DMCA Notice of Copyright Infringement (Digital Copy)**
**Date:** Monday, December 20, 2010 4:01 PM
**From:** Amazon.com Copyright Agent <copyright@amazon.com>
**Reply-To:** "copyright+AILE22U33QJKO@amazon.com" <copyright+AILE22U33QJKO@amazon.com>
**To:** Barry Rosen <brcopyright@pacbell.net>

Dear Mr. Rosen:

Thank you for your message.  The item to which you refer was posted by a third party merchant without prior review by Amazon.com. Please be advised that we are in the process of removing "Erika Eleniak Poster Red Hair #02 24x36in" ASIN: B004E5MDKW from Amazon.com. It typically takes 2-3 days for a listing to disappear once it has been removed from our catalog. We trust this will bring this matter to a close.

Garth Skovgard

Copyright/Trademark Agent
Amazon.com

---- Original message: ----

DMCA Notice of Copyright Infringement (Digital Copy)

Date: December 19, 2010

Amazon.com, Inc. and affiliates
Adrian Garver, DMCA Designated Agent
1200 12th Ave South, Suite 1200
Seattle, WA 98144
Via Fax: (206) 266-7010
Via E-mail: copyright@amazon.com

Dear Amazon.com, Inc.

Per 17 USC section 512, I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY, that the information in this notice is accurate and that I am the owner or an agent authorized to act on behalf of the owner of certain intellectual property rights, namely copyright(s), said owner being named Barry Rosen ("IP Owner").  I have a good faith belief that the links/materials/activities identified in the addendums attached hereto are not authorized by the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights according to United States law. Please act expeditiously to remove or disable access to the material or items claimed to be infringing.

I may be contacted at:

Name: Barry Rosen
C/O Peter Dion-Kindem, esq.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Email: brcopyright@pacbell.net

Truthfully,

(See Faxed Copy)
Barry Rosen

Addendum to Notice of Infringement:
List of Infringing Items Or Materials


Name of Intellectual Property Owner:
Barry Rosen

The following items/links identified in are located on your servers/network:

1) Item/Material identification: My registered photo of a celebrity, model
or athlete (Eleniak)

URL/Link(s):

http://the-poster-depot.hostedbyamazon.com/Erika-Eleniak-Poster-Hair-24x36in
/dp/B004E5MDKW?ie=UTF8&id=Erika%20Eleniak%20Poster%20Hair%2024x36in&field_av
ailability=-1&field_launch-date=-1y&field_browse=2469435011&searchSize=12&se
archPage=1&searchNodeID=2469435011&searchKeywords=eleniak&field_keywords=ele
niak&class=quickView&refinementHistory=brandtextbin%2Csubjectbin%2Ccolor_map
%2Cprice%2Csize_name&searchRank=salesrank

http://ecx.images-amazon.com/images/I/41zO8IDSY7L._SX270_.jpg

http://www.amazon.com/Erika-Eleniak-Poster-Hair-24x36in/dp/B004E5MDKW/ref=sr
_1_1?s=miscellaneous&ie=UTF8&qid=1292827006&sr=1-1

http://www.amazon.com/gp/product/images/B004E5MDKW/ref=dp_image_0?ie=UTF8&s=
miscellaneous

http://ecx.images-amazon.com/images/I/41zO8IDSY7L._SS500_.jpg

**Page 2 of 2**

Rosen-000010

Exhibit O

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ASIN | ITEM NAME | UNITS SOLD | PRICE | SALES | MERCHANT | ORDER DAY | TOTAL CONTRIBUTION PROFIT | CONTRIBUTION PROFIT PER UNIT SOLD |
| 2 | B009B0IJDA | All Landry 8x10 Photo. #1935 | $1.00 | $6.00 | $6.00 | Arrick's Collectables | 11/11/2012 0:00 | $0.76 | $0.76 |
| 3 | B009B0IZ8 | All Landry 8x10 Photo. #1936 | $1.00 | $6.00 | $6.00 | Arrick's Collectables | 11/11/2012 0:00 | $0.76 | $0.76 |

Amazon.com Confidential

&D

AMZ-BR000124