# Exhibit W

| | |
|---|---|
| **From:** | Sullivan, Sean |
| **To:** | "adam.gafni@wgfllp.com" |
| **Cc:** | Nguyen, Jimmy; Keegan, Dee |
| **Subject:** | Rosen v. Amazon - Case No. CV12-10413 ABC (Ex) |
| **Date:** | Monday, November 25, 2013 1:48:40 PM |
| **Attachments:** | Rosen v. Amazon.msg |
| | Exhibits to Joint Stipulation re Amazon Motion to Compel (JG Autographs Settlement).PDF |
| | Declaration of Sean Sullivan re_ Amazon Motion to Compel (JG Autograph Settlement).pdf |
| | Notice of Motion re_ Amazon Motion to Compel (JG Autograph Settlement).docx |
| | Joint Stipulation re_ Amazon Motion to Compel (JG Autograph Settlement).docx |

Mr. Gafni

We represent Amazon.com, Inc. ("Amazon") in the above the above-referenced matter. We saw that the Court approved the substitution of counsel on November 19, approving your substitution as counsel of record for Mr. Rosen. There are a number of pending issues in this matter that require immediate attention.

First, pursuant to Local Rule 37-2.2, attached is Amazon's portion of the joint stipulation, along with all supporting declarations and exhibits, relating to Amazon's motion to compel further responses and documents related to your client's communications with and settlement with some of the third-party sellers identified in his complaint. A hard copy is being delivered to your offices via messenger as well. We look forward to receipt of your portion of the stipulation, together with any supporting material, on or before December 2, 2013.

Second, we have yet to receive any alternate dates for Mr. Rosen's deposition, which has been noted on a number of occasions already, but which has never been completed due to Mr. Rosen's claimed illnesses and unavailability. I had asked Mr. Rosen's prior counsel, Mr. Steindler, to forward you the attached email I sent him on November 15, 2013, that outlines the recent background relating to Mr. Rosen's deposition and in which I asked one of you to provide us with alternate dates for Mr. Rosen's deposition by November 20. Having received none, we are planning to file a motion to compel Mr. Rosen's deposition. We will be asking the Court to award Amazon its costs incurred in having to pay for court reporters to appear at the prior depositions, and will also be asking the Court to issue as part of its order compelling the deposition, an order for terminating sanctions should Mr. Rosen not appear and complete the deposition to Amazon's satisfaction.

Third, as detailed in my November 15 email, we will also be moving to compel responses to Amazon's Interrogatory No. 15 and Document Request Nos. 1, 12 and 13.

Feel free to contact me with any questions.

Thank you.

Sean


**Sean M. Sullivan | Davis Wright Tremaine LLP**
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8644 | Fax: (213) 633-6899

Email: seansullivan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.