Exhibit X

(FMOx),CLOSED,DISCOVERY,RELATED-G

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:11-cv-05462-ABC-FMO

Barry Rosen v. Autograph World LLC et al
Assigned to: Judge Audrey B. Collins
Referred to: Magistrate Judge fernando m. olguin
Demand: $2,000
Related Case: 2:07-cv-03515-ABC-E
Cause: 17:501 Copyright Infringement

Date Filed: 06/30/2011
Date Terminated: 07/27/2012
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Barry Rosen**

represented by **Curt S Steindler**
Law Office of Curt S Steindler
11901 Santa Monica Boulevard Suite 616
Los Angeles, CA 90025-2767
310-213-5420
Fax: 310-391-6599
Email: lawrax@lawrax.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Autograph World LLC**
*a limited liability company*

**Defendant**

**John Dwight Bardwell**
*TERMINATED: 03/07/2012*

**Defendant**

**Robert Randall Jones**
*TERMINATED: 03/07/2012*

**Defendant**

**JG Autographs**
*a corporation*
*TERMINATED: 03/01/2012*

represented by **Harold J Light**
Harold J Light Law Offices
2800 28th St, Ste 315
Santa Monica, CA 90405
310-452-5588
Email: hallight@hjllaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 to 10*
*TERMINATED: 03/01/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2011 | 1 | COMPLAINT against Defendants Autograph World LLC, John Dwight Bardwell, Does 1 to 10, JG Autographs, Robert Randall Jones. Case assigned to Judge Consuelo B. Marshall for all further proceedings. Discovery referred to Magistrate Judge Carla M. Woehrle filed by Plaintiff Barry Rosen. (Filing fee paid $ 350) (et) (Additional attachment(s) added on 7/5/2011: # 1 Ntc of Asgmt, # 2 Summons, # 3 Civil Cover Sheet) (mg). (Entered: 07/01/2011) |
| 06/30/2011 | | 21 DAY Summons Issued re Complaint 1 as to Defendants Autograph World LLC, John Dwight Bardwell, JG Autographs, Robert Randall Jones. (et) (Entered: 07/01/2011) |
| 06/30/2011 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Barry Rosen. (et) (mg). (Entered: 07/01/2011) |
| 06/30/2011 | 3 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by Barry Rosen. (et) (Entered: 07/01/2011) |
| 07/07/2011 | 4 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 - Related Case- filed. Related Case No: CV 07-03515 ABC(FMOx). Case transferred from Judge Consuelo B. Marshall and Magistrate Judge Carla Woehrle to Judge Audrey B. Collins and Magistrate Judge Fernando M. Olguin for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 11-05462 ABC(FMOx).Signed by Judge Audrey B. Collins (rn) (Entered: 07/07/2011) |
| 07/08/2011 | 5 | MINUTE ORDER (IN CHAMBERS): CASE TRANSFERRED TO JUDGE COLLINS by Judge Audrey B. Collins: PLEASE TAKE NOTICE that this action has been reassigned to the Honorable Audrey B. Collins, Chief United States District Judge. Please substitute the initials ABC in place of the initials CBM. The case number will now read: CV 11-5462 ABC (FMOx). Henceforth, it is imperative that the initials ABC be used on all documents to prevent any delays in processing of documents. The Courtroom Deputy Clerk for Judge Collins is Angela Bridges, who may be reached at (213) 894-6500. Judge Collins's courtroom is located on the 6th floor of the Roybal Federal Building, Courtroom 680. Additional information about Judge Collins may be found on the Courts website at www.cacd.uscourts.gov, "Judges' Procedures & Schedules." (PLEASE REVIEW DOCUMENT FOR FULL AND COMPLETE DETAILS) (lw) (Entered: 07/08/2011) |
| 07/28/2011 | 6 | STIPULATION for Extension of Time to File Response filed by plaintiff Barry Rosen.(Steindler, Curt) (Entered: 07/28/2011) |
| 07/29/2011 | 7 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents |

| | | |
|---|---|---|
| | | RE: Stipulation to Extend Time <u>6</u> . The following error(s) was found: Incorrect event selected. The correct event is: Stipulations-Extending Time to Answer (30 days or less). In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bm) (Entered: 07/29/2011) |
| 08/01/2011 | <u>8</u> | NOTICE OF DISCREPANCY AND ORDER: by Judge Audrey B. Collins, ORDERING Letter submitted by Defendant JG Autographs received on 7/29/11 is not to be filed but instead rejected. Denial based on: Other: Pursuant to L.R. 83-2.11 Communications with the Judge. (bm) (Entered: 08/08/2011) |
| 08/11/2011 | <u>9</u> | NOTICE OF DISCREPANCY AND ORDER: by Judge Audrey B. Collins, ORDERING Letter submitted by Defendant JG Autographs received on 8/10/11 is not to be filed but instead rejected. Denial based on: Local Rule 11-4.1: No copy provided for judge. Other: Pursuant to L.R. 83-2.11 Communications with the Judge. (bm) (Entered: 08/11/2011) |
| 08/29/2011 | <u>10</u> | PROOF OF SERVICE Executed by Plaintiff Barry Rosen, upon Defendant Autograph World LLC served on 7/11/2011, answer due 8/1/2011. Service of the Summons and Complaint were executed upon Robert Randall Jones, managing officer in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (Steindler, Curt) (Entered: 08/29/2011) |
| 08/29/2011 | <u>11</u> | PROOF OF SERVICE Executed by Plaintiff Barry Rosen, upon Defendant JG Autographs served on 7/7/2011, answer due 7/28/2011. Service of the Summons and Complaint were executed upon Jarod Gendron, Agent for Service in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (Steindler, Curt) (Entered: 08/29/2011) |
| 08/29/2011 | <u>12</u> | PROOF OF SERVICE Executed by Plaintiff Barry Rosen, upon Defendant Robert Randall Jones served on 7/11/2011, answer due 8/1/2011. Service of the Summons and Complaint were executed upon Robert Randall Jones, Individual in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (Steindler, Curt) (Entered: 08/29/2011) |
| 08/29/2011 | <u>13</u> | PROOF OF SERVICE Executed by Plaintiff Barry Rosen, upon Defendant John Dwight Bardwell served on 7/7/2011, answer due 7/28/2011. Service of the Summons and Complaint were executed upon Elizabeth Bardwell, wife in compliance with California Code of Civil Procedure by substituted service at home address and by also mailing a copy. Original Summons NOT returned. (Steindler, Curt) (Entered: 08/29/2011) |
| 08/31/2011 | <u>14</u> | MINUTE ORDER IN CHAMBERS TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION by Judge Audrey B. Collins: IT IS ORDERED that plaintiff's counsel show cause in writing not later than September 21, 2011, why this action should not be dismissed for lack of prosecution as to defendants Autograph World LLC, John Dwight Bardwell, Robert Randall Jones, and JG Autographs. In accordance with Rule 78 of the |

| | | |
|---|---|---|
| | | Federal Rules of Civil Procedure and Local 78-1, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above. Answer by defendants Autograph World LLC, John Dwight Bardwell, Robert Randall Jones, and JG Autographs or plaintiff request for entry of default. (bm) (Entered: 08/31/2011) |
| 09/15/2011 | 15 | ANSWERJURY DEMAND. filed by defendant JG Autographs.(Light, Harold) (Entered: 09/15/2011) |
| 09/16/2011 | 16 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Answer 15 . The following error(s) was found: Local Rule 7.1-1 No Certification of Interested Parties and or no copies. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bm) (Entered: 09/16/2011) |
| 09/16/2011 | 17 | NOTICE of Interested Parties filed by defendant JG Autographs, identifying JG Autographs, Inc. and Jared Gendron. (Light, Harold) (Entered: 09/16/2011) |
| 09/21/2011 | 18 | STIPULATION for Judgment as to defendants Autograph World, John Dwight Bardwell and Robert Randall Jones filed by plaintiff Barry Rosen. (Attachments: # 1 Exhibit Stipulation and Proposed Judgment, # 2 Proposed Order [Proposed] Order for Entry of Judgment)(Steindler, Curt) (Entered: 09/21/2011) |
| 09/27/2011 | 20 | ORDER RE: PRETRIAL CONFERENCE: Pretrial Conference pursuant to FRCP 16 and 26; and Local Rule 26; Motions and Ex Parte Applications; E-filing - Mandatory Chambers Paper Copies: This action has been assigned to the calendar of Chief Judge Audrey B. Collins, Courtroom 680, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012. The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well. In order "to secure the just, speedy, andinexpensive determination of every action (Fed. R. Civ. P. 1.), all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. This matter is set for a Scheduling Conference on November 28, 2011 at 10:00 a.m. The conference will be held pursuant to Fed. R. Civ. P. 16, 26(f), and Local Rule 26-1. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court by filing a Joint Rule 26(f) Report not later than 14 days after they confer as required by Fed. R. Civ. P. 26 and the Local Rules of this Court. Failure to comply or to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions. (See document for further details) by Judge Audrey B. Collins. (ir) (Entered: 09/29/2011) |
| 09/28/2011 | 19 | NOTICE OF LODGING filed re Stipulation for Judgment, 18 (Attachments: # 1 Proposed Order of Entry of Judgment as to Autograph World, LLC, John Dwight Bardwell and Robert Randall Jones)(Steindler, Curt) (Entered: 09/28/2011) |
| | | |

| | | |
|---|---|---|
| 09/30/2011 | 21 | ORDER OF ENTRY OF JUDGMENT as to Autograph World, LLC, John Dwight Bardwell and Robert Randall Jones by Judge Audrey B. Collins, in favor of Barry Rosen against Autograph World LLC, John Dwight Bardwell, Robert Randall Jones: In light of the Stipulation and Proposed Judgment dated September 21, 2011 entered into by Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, IT IS HEREBY ORDERED: 1. that judgment be entered against Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, and for Plaintiff, 2. that the judgment be stayed as to Defendants, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, until December 31, 2011, 3. that Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, shall bear their own costs and attorney's fees as to the other parties to the Stipulation and Proposed Judgment dated September 21, 2011 entered into by Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES. IT IS FURTHER ORDERED that this Court shall maintain jurisdiction over this matter as to these parties solely for the purposes of enforcing the Stipulation and Proposed Judgment dated September 21, 2011 entered into by Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, should that become necessary. (bm) (Entered: 10/03/2011) |
| 11/22/2011 | 22 | NOTICE of Pending Settlement filed by plaintiff Barry Rosen. (Steindler, Curt) (Entered: 11/22/2011) |
| 03/01/2012 | 23 | REQUEST to Set Aside re: Judgment,,,,, 21 against defendants Bardwell and Jones filed by plaintiff Barry Rosen. (Attachments: # 1 Proposed Order) (Steindler, Curt) (Entered: 03/01/2012) |
| 03/01/2012 | 24 | NOTICE OF DISMISSAL filed by plaintiff Barry Rosen pursuant to FRCP 41a (1) as to Does. (Steindler, Curt) (Entered: 03/01/2012) |
| 03/01/2012 | 25 | STIPULATION to Dismiss defendant JG Autographs filed by plaintiff Barry Rosen.(Steindler, Curt) (Entered: 03/01/2012) |
| 03/02/2012 | 26 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Attachment #1: Proposed Order 23 . The following error(s) was found: Other error(s) with document(s) are specified below. Other error(s) with document(s): there is no signature line on the proposed order. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bm) (Entered: 03/02/2012) |
| 03/07/2012 | 27 | ORDER SETTING ASIDE JUDGMENT AGAINST AND DISMISSING DEFENDANTS BARDWELL AND JONES by Judge Audrey B. Collins granting 23 Application to Set Aside: Good cause having been shown, IT IS HEREBY ORDERED that: 1) the judgment entered in this court against defendants JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES on September 30, 2011 be set aside; 2) the claims brought by plaintiff BARRY |

| | | |
|---|---|---|
| | | ROSEN against defendants JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES are dismissed with prejudice. (bm) (Entered: 03/07/2012) |
| 07/27/2012 | 28 | MINUTES: Counsel Notified. Case should have been closed pursuant to entry of judgment document 21 by Judge Audrey B. Collins.(Made JS-6. Case Terminated.) (ir) (Entered: 07/27/2012) |
| 07/27/2012 | 29 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (ir) (Entered: 07/27/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/25/2013 09:37:38 | | | |
| PACER Login: | dw0330 | Client Code: | 51461-296 |
| Description: | Docket Report | Search Criteria: | 2:11-cv-05462-ABC-FMO End date: 11/25/2013 |
| Billable Pages: | 5 | Cost: | 0.50 |

Exhibit Y

1  CURT S. STEINDLER (CA Bar #143381)
   LAW OFFICE OF CURT S. STEINDLER
2  11901 Santa Monica Blvd.
   Suite 616
3  Los Angeles, California 90025-2767
   310-213-5420
4  fax: 310-391-6599

5  Attorney for plaintiff, BARRY ROSEN

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 BARRY ROSEN,                  )  Case No. CV11-05462 CBM(CWx)
           Plaintiff,            )
11                              )
       vs.                      )
12                              )  COMPLAINT FOR DIRECT AND
   AUTOGRAPH WORLD, LLC, a      )  CONTRIBUTORY INFRINGEMENT
13 limited liability company,   )  OF COPYRIGHT (17 U.S.C. §
   JOHN DWIGHT BARDWELL,        )  501
14 ROBERT RANDALL JONES, JG     )
   AUTOGRAPHS, a corporation,   )
15 and DOES 1 TO 10,            )
                                )
16         Defendants.          )
17 _____)

18

19

20 Plaintiff BARRY ROSEN by his counsel, and for the

21 Complaint states as follows:

22

23              NATURE OF THE ACTION

24   1. This is an action for direct and contributory

25 copyright infringement arising out of the knowing and

26 willful conduct of defendants.

27   2. Defendants Autograph World, LLC, John Dwight

28 Bardwell, Robert Randall Jones and JG Autographs are in

1  the business of selling and trading celebrity

2  autographs and photographs primarily through the

3  Internet, utilizing their own web sites, eBay and other

4  web sites owned and controlled by third parties.

5     3. Among the photographs sold and/or offered for sale

6  by defendants are photographs owned, wholly created and

7  registered by plaintiff.

8     4. The following is a list of plaintiff's wholly

9  original, registered photographs known to plaintiff at

10 this time to have been illegally copied, both

11 physically and digitally, by defendants:

| Date of Creation | Description Of Photograph | Registration Number | Date of Registration |
|---|---|---|---|
| 1997 | Ali Landry | Vau 660-263 | 2/28/2005 |
| 1996 | Charlotte Lewis | Vau 1-027-889 | 5/14/2010 |

15 Hereinafter these photographs will be referred to as

16 "the Photographs."

17    5. Defendants have committed direct copyright

18 infringement by making prints of the Photographs

19 without plaintiff's authorization or consent

20    6. Defendants have further committed direct copyright

21 infringement by digitally copying the Photographs

22 without plaintiff's authorization or consent, thereby

23 creating unauthorized derivative works.

24    7. Defendants have also directly infringed on

25 plaintiff's copyrights by publishing these digital

26 copies on the World Wide Web without authorization of

27 the copyright owner.

28    8. Defendants contributed to the infringement of

Case 2:11-cv-05462-ABC-FMO   Document 1   Filed 06/30/11   Page 3 of 12   Page ID #:4

1    plaintiff's copyright to the Photographs, both amongst

2    themselves and by others, by operating, maintaining and

3    controlling businesses and web sites that allow

4    defendants and third parties to offer copies of these

5    works for sale and to publish digital copies thereof as

6    advertising for their sale, all without authorization

7    of the copyright owner.

8      9. Defendants are acutely aware of the infringing

9    activity occurring through their systems since they

10   themselves are copying, distributing, offering for sale

11   or having sold the Photographs over eBay, Amazon, their

12   own systems and other third party systems without

13   authorization of the copyright owner.

14     10.  Defendants operate their own web sites that

15   allow them to offer copies of the Photographs for sale

16   and to publish digital copies of the Photographs as

17   advertising for their sale, all without authorization

18   of the copyright owner.

19     11.  In directly infringing and facilitating the

20   direct infringement by others of the copyright of the

21   Photographs, defendants, and each of them, acted with a

22   common plan or design to harm plaintiff. In furtherance

23   of this conspiracy to infringe plaintiff's copyright in

24   the Photographs, defendants, and each of them, acted as

25   selling agents for each other to facilitate the sale of

26   unauthorized copies of the Photographs, transferred

27   unauthorized copies of the Photographs between each

28   other to hide their existence from plaintiff, and

Case 2:12-cv-10413-ABC-E   Document 54-12   Filed 02/10/14   Page 12 of 20   Page ID
#:1083
Case 2:11-cv-05462-ABC-FMO   Document 1   Filed 06/30/11   Page 4 of 12   Page ID #:5

1  failed to disclose to plaintiff information as to the

2  unauthorized copying of the Photographs, by defendants

3  and by third parties, which would allow plaintiff to

4  find and eliminate the continued infringement.

5    12.  Defendants' conduct has caused and continues to

6  cause plaintiff grave and irreparable harm.

7

8              JURISDICTION AND VENUE

9    13.  This action arises under the Copyright Act of

10  1976, 17 U.S.C. § 101, *et seq.*, (hereinafter the

11  "Copyright Act") and 28 U.S.C. § 2201.

12    14.  This Court has jurisdiction over the subject

13  matter of this action pursuant to 17 U.S.C. 501(b), 28

14  U.S.C. §§ 1331 and 1338(a).

15    15.  This Court has further jurisdiction due to

16  diversity of citizenship of the parties.

17    16.  This Court has personal jurisdiction over all

18  the defendants by virtue of their transacting, doing,

19  and soliciting business in this District, because a

20  substantial part of the relevant events occurred in

21  this District and because a substantial part of the

22  property that is the subject of this action is situated

23  in this District.

24

25                  PARTIES

26    17.  Plaintiff BARRY ROSEN is a professional, free-

27  lance photographer who has licensed his works to a wide

28  variety of publications and magazines.

18.   At all times pertinent to this Complaint, Barry Rosen has been a citizen of the United States. He currently resides in the county of Los Angeles, California.

19.   Plaintiff has never sold or licensed the reproduction rights, in any media, including, without limitation, print and digital media, to any photograph which is the subject of this Complaint.

20.   Defendant AUTOGRAPH WORLD, LLC, is a limited liability company under the laws of the State of New Hampshire.

21.   At all times pertinent to the Complaint, defendant Autograph World has done business in the State of California via the Internet, utilizing eBay, Paypal, its own web sites at www.autographworld.com and www.uaccauction.com, and the United States Postal Service.

22.   Defendant JOHN DWIGHT BARDWELL is an individual residing in the State of Maine.

23.   At all times pertinent to the Complaint, defendant Bardwell was owner and manager of JD Bardwell Autographs.

24.   Defendant ROBERT RANDALL JONES is an individual residing in the State of New Hampshire.

25.   At all times pertinent to the Complaint, defendants Bardwell and Jones were owners and managers of defendant Autograph World.

26.   Defendants Bardwell and Jones sell celebrity

autographs and photographs, through eBay, its own web

sites at http://www.autographworld.com/ and

http://www.uaccauction.com/and through other Internet

auction/web sites.

27.  Defendant JG AUTOGRAPHS is a corporation duly

incorporated in the Commonwealth of Massachusetts.

28.  At all times pertinent to the Complaint,

defendant JG Autographs has done business in the State

of California via the Internet, utilizing eBay, Paypal,

Amazon, its own web site at http://jgautographs.com/

and through other Internet auction/web sites, and the

United States Postal Service.

29.  The identities of DOES 1 to 10 are not known to

the plaintiff at this time. Plaintiff asks leave of

this Court to amend this Complaint when the identities

of these defendants become known.


FIRST PRAYER FOR RELIEF
DIRECT COPYRIGHT INFRINGEMENT

30.  Plaintiff repeats and realleges each and every

allegation of the complaint numbered "1" through "29"

as if separately set forth at length and incorporated

herein.

31.  On or before the dates set forth below under the

heading "Date of Creation," plaintiff created the

original photographs listed under the heading

"Description of Photograph," in Paragraph 5 of this

Complaint, which is incorporated herein. The copyright

Case 2:12-cv-10413-ABC-E   Document 54-12   Filed 02/10/14   Page 15 of 20   Page ID
#:1086
Case 2:11-cv-05462-ABC-FMO   Document 1   Filed 06/30/11   Page 7 of 12   Page ID #:8

1   of these photographs was registered on the dates

2   indicated.

3     32.  These photographs are wholly original with

4   plaintiff, which at all times constituted and still

5   constitutes copyrightable subject matter under the laws

6   of the United States.

7     33.  Plaintiff secured and is entitled to exclusive

8   rights and privileges in and to the copyright of these

9   photographs under 17 U.S.C. § 106.

10    34.  In addition to having been the creator of these

11  photographs, plaintiff registered the copyright to his

12  photographs with the Registrar of Copyrights, which

13  subsequently issued a certificate evidencing the

14  registrations.

15    35.  At no time did plaintiff convey, transfer or

16  assign to defendants or to any other person for any

17  publication or on-line rights.

18    36.  By the same token, at no time did plaintiff

19  agree to give up exclusive control of the right he had

20  *inter alia* to authorize others to copy or

21  electronically copy his work or to publicly display,

22  distribute or perform it.

23    37.  On or about July 3, 2008, plaintiff learned that

24  defendant Autograph World, by and through defendants

25  Bardwell and Jones, was offering an unauthorized print

26  copy of plaintiff's copyrighted photograph of Ali

27  Landry (Registration No.: Vau 660-263) for sale.

28    38.  Because the original of this photograph of Ali

Landry has never been published, plaintiff believes that defendants Autograph World, Bardwell and Jones obtained an unauthorized copy thereof through improper means to produce an unauthorized derivative work in the form of an unknown quantity of prints.

39.  Defendants Autograph World, Bardwell and Jones produced further unauthorized derivative copies of plaintiff's copyrighted photograph of Ali Landry by creating digital copies of that work.

40.  On or about July 3, 2008, defendants Autograph World, Bardwell and Jones then published these unauthorized derivative digital copies of plaintiff's copyrighted photograph of Ali Landry on the World Wide Web on eBay and its own web sites.

41.  On or about May 26, 2011, plaintiff learned that JG Autographs offered an unauthorized print copy of plaintiff's copyrighted photograph of Charlotte Lewis (Registration No.: Vau 1-027-889) for sale.

42.  On or about May 29, 2011, plaintiff learned that JG Autographs had sold an unauthorized and apparently different print copy of plaintiff's copyrighted photograph of Charlotte Lewis through eBay.

43.  Plaintiff is informed and believes and thereupon alleges that these unauthorized print copies of Charlotte Lewis photographs were supplied by defendants Autograph World, Bardwell and Jones. Defendants Autograph World, Bardwell and Jones instigated and/or assisted and profited from the transfer of this

1  photograph.

2    44.  Because the original of this photograph of

3  Charlotte Lewis has never been published, plaintiff

4  believes that defendants Autograph World, Bardwell and

5  Jones obtained an unauthorized copy thereof through

6  improper means to produce an unauthorized derivative

7  work in the form of an unknown quantity of prints.

8    45.  Defendant JG Autographs produced unauthorized

9  derivative copies of plaintiff's copyrighted photograph

10  of Charlotte Lewis by creating digital copies of that

11  work.

12    46.  On or about May 26, 2011 and on or about May 29,

13  2011, defendant JG Autographs then published these

14  unauthorized derivative digital copies of plaintiff's

15  copyrighted photograph of Charlotte Lewis on the World

16  Wide Web on eBay.

17    47.  Defendants, without permission or consent of

18  plaintiff who holds valid copyrights on the

19  Photographs, has reproduced and distributed and/or has

20  caused the reproduction and distribution of the

21  Photographs and have continually and consistently

22  engaged in such infringing activities for nearly a

23  decade and defendants have done so with full knowledge

24  of their actions.

25    48.  The infringement of plaintiff's rights in and to

26  each of the Photographs constitutes a separate and

27  distinct act of infringement.

28    49.  The foregoing acts of infringement have been

Case 2:12-cv-10413-ABC-E   Document 54-12   Filed 02/10/14   Page 18 of 20   Page ID
#:1089
Case 2:11-cv-05462-ABC-FMO   Document 1   Filed 06/30/11   Page 10 of 12   Page ID #:11

1   willful, intentional and purposeful, in disregard of

2   and indifferent to the rights of plaintiff.

3       50.   The acts of the defendants complained herein

4   constitute infringement of plaintiff's registered

5   copyrights and exclusive rights under copyright in

6   violation of 17 U.S.C. §§ 106 and 501.

7       51.   As a direct and proximate result of infringement

8   of plaintiff's copyrights and exclusive rights under

9   copyright by the AW defendants, plaintiff is entitled

10  to the maximum statutory damages, pursuant to 17 U.S.C.

11  § 504(c), in the amount of $150,000 with respect to

12  each work infringed, or such other amounts as may be

13  proper under 17 U.S.C. § 504(c).

14      52.   Plaintiff is further entitled to his attorney's

15  fees and full costs pursuant to 17 U.S.C. § 505.

16      53.   The conduct by defendants, as hereinabove

17  averred, is causing, and, unless enjoined and

18  restrained by this Court, will continue to cause

19  plaintiff great and irreparable injury that cannot

20  fully be compensated or measured in money. Plaintiff

21  has no adequate remedy at law. Pursuant to 17 U.S.C. §

22  502, plaintiff is entitled to preliminary and permanent

23  injunctions prohibiting further infringements of

24  plaintiff's copyrights and exclusive rights under

25  copyright.

26

27

28

SECOND PRAYER FOR RELIEF
CONTRIBUTORY INFRINGEMENT OF COPYRIGHTS

54.  Plaintiff repeats and realleges each and every allegation of the complaint numbered "1" through "53" as if separately set forth at length and incorporated herein.

55.  Plaintiff is informed and believes and thereupon alleges that defendants engage in trading of materials amongst themselves which they know or should know infringe the copyrights of others.

56.  Plaintiff is informed and believes and thereupon alleges that the Copyrighted Photographs of Ali Landry and Charlotte Lewis came from defendants Autograph World, Bardwell and Jones and that they are key suppliers to many other sellers of "Autographed Photos", including the other defendants.

57.  Defendants, and each of them, acted with a common plan or design to harm plaintiff.

58.  Defendants, and each of them, acted as selling agents for each other to facilitate the sale of unauthorized copies of the Photographs, transferred unauthorized copies of the Photographs between each other to hide their existence from plaintiff, and failed to disclose to plaintiff information as to the unauthorized copying of the Photographs, by other AW defendants and by third parties, which would allow plaintiff to find and eliminate the continued infringement.

1     4.    For such other and further relief as the Court

2 may deem just and proper.

3

4 DATED: June 30, 2011    LAW OFFICES OF CURT S. STEINDLER

5

6

7                  Curt S. Steindler
                 Attorney for plaintiff

8                  Barry Rosen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28