Exhibit AA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
    jimmynguyen@dwt.com
SEAN M. SULLIVAN (State Bar No. 229104)
    seansullivan@dwt.com

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>               Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC., and DOES<br>1 TO 10,<br><br>               Defendants. | Case No. **CV12-10413 ABC (Ex)**<br>[Assigned to the Hon. Audrey B. Collins]<br><br>**SIXTH AMENDED NOTICE OF**<br>**DEPOSITION OF BARRY ROSEN**<br><br>Date:  January 22, 2014<br>Time:  12:30 p.m.<br>Place:  Davis Wright Tremaine, LLP<br>        865 South Figueroa Street,<br>        Suite 2400<br>        Los Angeles, CA 90017<br><br>Action Filed: December 5, 2012 |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that pursuant to agreement of the parties and Federal Rule of Civil Procedure 30, Defendant AMAZON.COM, INC. ("Defendant") will take the deposition of Plaintiff BARRY ROSEN ("Plaintiff") on January 22, 2014, commencing at 12:30 p.m.  The deposition shall take place at the offices of Davis Wright Tremaine LLP, located at 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017.

Notice is further given that the deposition shall be conducted upon oral examination before a court reporter and notary public authorized to administer oaths in the State of California and shall be recorded by audio, audiovisual and stenographic means.

DATED: January 13, 2014

DAVIS WRIGHT TREMAINE LLP
JAMES D. NGUYEN
SEAN M. SULLIVAN

By: _____
Sean M. Sullivan
Attorneys for Defendant
AMAZON.COM, INC.

SIXTH AMENDED NOTICE OF DEPOSITION
DWT 23340888v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On January 13, 2014, I served the foregoing document(s) described as:

**SIXTH AMENDED NOTICE OF DEPOSITION OF BARRY ROSEN**

on the interested parties in this action as stated below:

| | |
|---|---|
| Adam I. Gafni, Esq.<br>10850 Wilshire Boulevard<br>Suite 510<br>Los Angeles, CA  90024 | adam.gafni@wgfllp.com<br><br>Phone: (310) 474-8776<br>Fax:    (310) 919-3037<br>Attorney for Plaintiff Barry Rosen |

☒    (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addresse(s) at the listed electronic mail address(es).

☒    (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 13, 2014, at Los Angeles, California.

☒    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Dee Keegan | *Dee Keegan* |
| Print Name | Signature |

SIXTH AMENDED NOTICE OF DEPOSITION
DWT 23340888v1 0051461-000296

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899